## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIM NO: 15-00031 (BAH)** |
| | : | |
| **v.** | : | |
| | : | |
| **COMMERZBANK AG, and** | : | |
| **COMMERZBANK AG NEW YORK** | : | |
| **BRANCH** | : | |
| Defendants. | : | |

### ORDER TO DISMISS PER FED. R. CRIM. P. 48(a)

Having considered the Government's Motion to Dismiss With Prejudice the Criminal Information currently pending in this matter pursuant to Fed. R. Crim. P. 48(a), it is hereby

ORDERED that the Government's Motion is GRANTED and the Criminal Information in the above-captioned matter is hereby dismissed with prejudice.

ENTERED and ORDERED this day_____of 2018.

_____
THE HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT COURT JUDGE